**Order entered November 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00127-CR
No. 05-13-00128-CR

**LEWIS MICHAEL WALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-80388-2011, 219-80389-2011**

## ORDER

The Court **GRANTS** appellant's November 4, 2013 motion to extend time to file his reply brief. We **ORDER** appellant to file his reply brief by December 4, 2013.

/s/    DAVID EVANS
       JUSTICE